THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq., SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

MAX BLAIR & CONNIE BLAIR,

Debtors

) Case No.: 12-44389
) Chapter 13
)
) **MOTION TO MODIFY CONFIRMED**
) **CHAPTER 13 PLAN; DECLARATION IN**
) **SUPPORT THEREOF; NOTICE OF**
) **OPPORTUNITY OF HEARING**
) **THEREOF; PROOF OF SERVICE**
)

## NOTICE OF OPPORTUNITY TO OBJECT & REQUEST A HEARING

## TO ALL CREDITORS AND PARTIES IN INTEREST:

The Debtors herein have filed a MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN, a copy of which is attached hereto.

Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice. A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position. If there is not a timely objection to the

1

requested relief or a request for hearing, the Court may enter an order granting the relief by default; and either (1) the initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case. In the event an objection or request for hearing is timely made; or (2) the tentative hearing date.

**PLEASE TAKE NOTICE THAT:**

Debtors MAX BLAIR & CONNIE BLAIR, by and through their attorney of record, Nathan D. Borris, Esq., hereby move the Court to modify their confirmed chapter 13 plan on the following grounds:

1. Debtors filed this matter on May 21, 2012.
2. Debtors proposed a plan seeking payment to general unsecured creditors based on their monthly disposable income, the plan payment totaling $328.60 per month. There are no secured debts being financed through the plan.
3. Recently, Debtor Connie Blair had a medical procedure performed that has rendered her incapable of working, and as a result she is now receiving disability payments in lieu of work from the Employee Development Department in the amount of $677.00 per week.
4. Thus, as a result of the changes in employment, the Debtors have found themselves unable to continue their chapter 13 payments without undue hardship. An amended Schedule I has been filed indicating the new income figures for the Debtors, and an amended Schedule J indicates that their disposable monthly income is currently $158.42, even after trimming the budget with respect to other necessities of life.

2

5. A declaration in support of the recent changes in employment and circumstances that led up to the change in employment is attached hereto.

6. Furthermore, Debtors seek to reduce the commitment term of their plan from five years to three years, pursuant to 11 U.S.C. 1325(b)(4)(A), as their gross annual income has fallen below the Median Family Income in California for their applicable household size. An amended Chapter 13 Statement of Current Monthly Income has been filed to reflect that the Debtors' gross annual income does in fact fall below the State Median Family Income.

WHEREFORE, Debtors ask the Court to grant their motion to modify their confirmed chapter 13 plan, implementing a new monthly plan payment of $158.42, beginning with the Debtors' July 2012 payment and continuing for the remaining term of the plan. Furthermore, Debtors request that their commitment period be reduced from five years to three years. This modification shall not retroactively to payments already made, and will not affect any other provisions of Debtors' confirmed chapter 13 plan.

DATED: June 20, 2013

/s/ NATHAN D. BORRIS, ESQ.

*Attorney for Debtors*

# DECLARATION OF CONNIE BLAIR IN SUPPORT OF MOTION

The undersigned declares as follows:

I, CONNIE BLAIR, am a debtor in the above-captioned matter, and if called as witnesses, could testify competently to the facts stated herein:

1. Our chapter 13 bankruptcy was filed on May 21, 2012.
2. At the time of filing, I was employed by Tryco Electric, Inc., where I had been employed for approximately eleven years.
3. Somewhat recently, I was diagnosed with presenting two tumors, one in my spine between the first and fourth thoracic vertebras, and the other in my neck, which had the potential of spreading to my brain.
4. I underwent surgery to have the tumors removed, which has now rendered my paraplegic, unable to walk, and therefore unable to work. I am confined to my home and require twenty-four hour care from my husband, Max Blair.
5. As a result, I am on leave from my employer, and have begun collecting disability insurance from the Employee Development Department in the amount of $677.00 per week, a significant decrease from my otherwise normal wages. A copy of a recent EDD statement confirming the new pay rate is attached hereto as Exhibit "A".
6. Therefore, on top of our other necessary expenses, it has become unfeasible to continue making payments to the chapter 13 trustee in the amount as indicated in our confirmed plan. I am seeking relief to reduce our monthly chapter 13 payment so we may remain in our reorganization and eventually receive a discharge once the plan concludes.

4

Dated: June 20, 2013

/s/ CONNIE BLAIR

*Joint Debtor*

EXHIBIT "A"

--- PLEASE DISREGARD THE FORM ON THE BACK OF THIS STUB - DO NOT RETURN

KEEP THIS STATEMENT FOR YOUR RECORDS.      DATE ISSUED: 06/14/13
SSN:      NAME: CONNIE I BLAIR      CLAIM EFFECTIVE DATE: 04/15/13
**(WEEKLY RATE: $677.00)**      WEEKLY RATE IS FOR 7-DAYS
THIS IS YOUR NOTIFICATION OF AUTHORIZED BENEFIT PAYMENT(S) FOR THE PERIOD LISTED BELOW. EXCEPT FOR THE MANDATORY 7-DAY WAITING PERIOD, YOU WILL BE PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR BENEFITS, INCLUDING WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHICH DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID IN THE MESSAGE AREA BELOW. THE OFFICE PROCESSING YOUR CLAIM IS:
     EMPLOYMENT DEVELOPMENT DEPARTMENT      (800) 480-3287
     PO BOX 1857
     OAKLAND CA   94604-1857
YOUR BENEFIT PAYMENT COVERS THE FOLLOWING PERIOD(S): 05/26/13 THROUGH 06/12/13.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 18 | $1740.85 | $0.00 | $1740.85 |

MESSAGE-AREA

IMPORTANT NOTICE:   IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ABOVE.

EMPLOYMENT DEVELOPMENT DEPT    D005634      6287
PO BOX 1857
OAKLAND CA   94604-1857      06/13/13

EDD

**PLEASE READ THE IMPORTANT MESSAGE AND THE REVERSE SIDE OF THIS FORM**
YOUR PAYMENT IS BEING MADE VIA DEBIT CARD. IF YOU DO NOT ALREADY HAVE A CARD IT SHOULD ARRIVE IN NO MORE THAN 5 BUSINESS DAYS FROM THIS NOTICE. IF BEYOND THAT CONTACT EDD.

CONNIE I BLAIR
6933 STAGECOACH RD APT G
DUBLIN CA   94568-2141

DE 2500E Rev. 2 (8-11)      CU-PA062

# **PROOF SERVICE BY MAIL**

I, Nathan D. Borris, certify that the following is true and correct:

I am employed in the City of Hayward, County of Alameda, California, am over the age of eighteen years, and am not a party to the within entitled cause.

My business address is 21550 Foothill Blvd, Hayward, CA 94541. On June 20, 2013, I served a MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN; DECLARATION IN SUPPORT THEREOF; NOTICE OF OPPORTUNITY OF HEARING THEREOF; PROOF OF SERVICE by causing true copies thereof, enclosed in sealed envelopes with postage thereon fully prepaid, to be placed in the United States Post Office mail box at Hayward, CA, addressed to the following parties:

| | |
|---|---|
| Alameda County Sheriff<br>Civil/Bailiff Section<br>1225 Fallon Street, Room 104<br>Oakland, CA 94612 | Capital One Bank<br>PO Box 60599<br>City of Industry, CA 91716-0599 |
| American Express<br>Box 0003<br>Los Angeles, CA 90096 | Chase<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Ann Taylor<br>PO Box 59705<br>San Antonio, TX 78265 | Chase Home Equity<br>PO Box 24785<br>Columbus, OH 43224-0785 |
| AT&T Mobility<br>PO Box 515188<br>Los Angeles, CA 90051 | Chevron<br>PO Box 530950<br>Atlanta, GA 30353-0950 |
| Bank of America<br>PO Box 515504<br>Los Angeles, CA 90051-6804 | Citi Cards<br>Processing Center<br>Des Moines, IA 50353-0001 |
| Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 | Conoco-Phillips<br>Processing Center<br>Des Moines, IA 50368-8929 |
| Capital One<br>c/o Legal Recovery Law Offices, Inc.<br>5030 Camino De La Siesta #340<br>San Diego, CA 92108 | Global Exchange Vacation Club<br>26691 Plaza Drive<br>Suite 100<br>Mission Viejo, CA 92691 |

6

| | | |
|---|---|---|
| 1 | JPMorgan Chase<br>c/o Enhanced Recovery LLC<br>8014 Bayberry Road<br>Jacksonvlle, FL 32256-7412 | Sam's Club/Discover<br>PO Box 960013<br>Orlando, FL 32896-0013 |

```
 1      JPMorgan Chase                          Sam's Club/Discover
        c/o Enhanced Recovery LLC               PO Box 960013
 2      8014 Bayberry Road                      Orlando, FL 32896-0013
        Jacksonvlle, FL 32256-7412
 3                                              Shell
        Macy's                                  Processing Center
 4      PO Box 689195                           PO Box 183018
 5      Des Moines, IA 50368-9195               Columbus, OH 43218-3018

 6      Main Street Endeavors                   Toys R Us
        7575 W. Washington Avenue, Ste          Cardmember Service
 7      #127-213                                PO BOix 94012
        Las Vegas, NV 89128                     Palatine, IL 60094
 8
 9      Nordstrom Bank
        PO Box 79137
10      Phoenix, AZ 85062-9137
11
            I am readily familiar with the business practice at my place of business for collection
12   and processing of correspondence for delivery by mail.  Correspondence so collected and
     processed is deposited with the United States Postal Service on the same day in the ordinary
13   course of business.  On the above date the said envelopes were collected for the United States
14   Postal Service following ordinary business practices.
15
         I declare under penalty of perjury that the foregoing is true and correct, and that this
16   declaration was executed on June 20, 2013 at Hayward, CA.
17
18                                                        /s/ Nathan D. Borris
                                                          Nathan D. Borris
19
20
21
22
23
24
25
26
27
28


                                                 7
```