

THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq., SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

**The following constitutes the order of the court.
Signed July 23, 2013**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

MAX BLAIR & CONNIE BLAIR,

Debtors

) Case No.: 12-44389
) Chapter 13
)
) **ORDER ON MOTION TO MODIFY**
) **CONFIRMED CHAPTER 13 PLAN**
)
)
)
)
)

On June 21, 2013, Debtors filed a motion to modify their confirmed chapter 13 plan in this matter, to effectively amend their plan in order make the monthly payment feasible in light of the Debtors' reduced monthly income. A Motion to Modify Debtors' Confirmed Chapter 13 Plan was mailed to all creditors with a Notice and Opportunity for Hearing on June 20, 2013 and June 25, 2013.

The court finds that notice of the motion and modified plan upon all creditors was proper. All creditors, having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

1. That the Debtors' confirmed chapter 13 plan be modified as follows:

    a. Debtors' monthly payment shall be reduced to $158.42, effective with the payment due July 2013 and continuing until the completion of Debtors' plan;

1

b. Debtors' chapter 13 plan commitment term shall be reduced from five (5) years to three (3) years;

c. No other terms or provisions of Debtors' chapter 13 plan shall be affected by this order.

***<u>END OF ORDER</u>***

<u>COURT SERVICE LIST</u>

Martha Bronitsky
Chapter 13 Trustee
PO Box 9077
Pleasanton, CA 94566

Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612